BK 17004　PGS 206 - 206　04/21/2015 04:07:15 PM
INSTR # 2015014186　DEBRA ANDERSON
RECEIVED YORK SS　REGISTER OF DEEDS

This space for Recorder's use

Recording Requested By:
**Bank of America**
Prepared By:
**Giang Vu**

**4909 Savarese Circle**
**Tampa, FL 33634**

When recorded mail to:
**CoreLogic**
**Mail Stop: ASGN**
**1 CoreLogic Drive**
**Westlake, TX 76262-9823**

Property Address:
**History Road**
**Hollis, ME 04093**
Property Location:
**Township of HOLLIS**
ME0-AM　　4/6/2015　FNN331A

# ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **4909 SAVARESE CIRCLE, TAMPA, FL 33634** does hereby grant, sell, assign, transfer and convey unto **FEDERAL NATIONAL MORTGAGE ASSOCIATION** whose address is **14221 DALLAS PARKWAY SUITE 1000, DALLAS, TX 75254** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| | |
|---|---|
| Beneficiary: | **COUNTRYWIDE HOME LOANS, INC.** |
| Borrower(s): | **SONYA J MANCHESTER** |
| Date of Mortgage: | **11/24/1999** |
| Original Loan Amount: | **$92,000.00** |

Recorded in **York County**, ME on: **11/29/1999**, book **9797**, page **146** and instrument number **062701**

Contact Federal National Mortgage Association for this instrument c/o Seterus, Inc, 14523 SW Millikan Way #200, Beaverton, OR 97005, telephone # 1-866-570-5277, which is responsible for receiving payments.

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on __4/7/15__

**COUNTRYWIDE HOME LOANS, INC.**

By: _____
　　Joseph Luis Rosario,
　　Assistant Vice President

State of **FL**, County of **Hillsborough**

The foregoing instrument was acknowledged before me this **APR 0 7 2015**, by **Joseph Luis Rosario**, **Assistant Vice President** of COUNTRYWIDE HOME LOANS, INC., on behalf of the corporation. He/she is personally known to me or has produced ___N A___ as identification.

Notary Public: _Trupti Jani_
My Commission Expires: 1/26/2019.

Trupti Jani
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF192658
Expires 1/26/2019

**EXHIBIT E**