# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN P. CAMPO, JR., ESQ., AS SPECIAL ADMINISTRATOR OF THE ESTATE OF SONYA J. MANCHESTER,<br><br>    Defendant,<br><br>DISCOVER BANK, GREAT SENECA FINANCIAL CORP., DISCOVER FINANCIAL SERVICES LLC,<br><br>    Parties-in-Interest. | Docket No. 2:21-cv-00190-NT<br><br><br>RE:  18 History Lane<br>      Hollis, ME 04093<br><br>Mortgage: November 24, 1999<br>York County Registry of Deeds<br>Book 9797, Page 146 |

## CONSENT JUDGMENT OF FORECLOSURE AND SALE

Now comes the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, and the Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Sonya J. Manchester, and hereby submit this Consent Judgment of Foreclosure and Sale.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

If the Defendant or his/her heirs or assigns pay Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("**Wilmington Savings**") the amount adjudged due and owing ($182,116.96) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, Wilmington Savings shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing as of December 28, 2021:

| Description | Amount |
|---|---|
| Principal Balance | $95,978.99 |
| Interest | $46,533.84 |
| Late Fees | $889.11 |
| Escrow Advance | $28,494.30 |
| Corporate Advance Balance | $10,682.39 |
| Restricted Escrow | -$461.67 |
| Grand Total | $182,116.96 |

1.      If the Defendant or his/her heirs or assigns do not pay Wilmington Savings the amount adjudged due and owing ($182,116.96) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, his/her remaining rights to possession of the Hollis Property shall terminate, and Wilmington Savings shall conduct a public sale of the Hollis Property in accordance with 14 M.R.S. § 6323, disbursing the proceeds first to itself in the amount of $182,116.96 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 4 of this Judgment, and in accordance with 14 M.R.S. § 6324. Wilmington Savings may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency.

2. Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

3. The amount due and owing is $182,116.96.

4. The priority of interests is as follows:

- Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust has first priority, in the amount of $182,116.96, pursuant to the subject Note and Mortgage.

- Discover Bank has the second priority behind Wilmington Savings pursuant to a Writ of Execution dated November 13, 2002, in the amount of $2,181.96, and recorded in the York County Registry of Deeds in Book 12333, Page 61.

- Great Seneca Financial Corp. has the third priority behind Wilmington Savings pursuant to a Writ of Execution dated April 20, 2005, in the amount of $4,498.95, and recorded in the York County Registry of Deeds in Book 14508, Page 411.

- Discover Financial Services LLC has the fourth priority behind Wilmington Savings pursuant to a Writ of Execution dated December 26, 2006, in the amount of $2,186.91, and recorded in the York County Registry of Deeds in Book 15079, Page 880.

- Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Sonya J. Manchester have the fifth priority behind Wilmington Savings.

5. The prejudgment interest rate is 7.875%, *see* 14 M.R.S. § 1602-B(2) and the Note, and the post-judgment interest rate is 2.11%, *see* 28 U.S.C. § 1961.

6. The following information is included in this Judgment pursuant to 14 M.R.S. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>c/o Pretium Mortgage Credit Management, 120 South Sixth Street, #2100<br>Minneapolis, MN 55402 | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Sonya J. Manchester<br>90 Bridge Street-Suite 100,<br>Westbrook, ME 04092 | Pro Se |
| PARTIES-IN-INTEREST | Discover Bank | c/o John C. Walker, P.A.<br>91 Auburn Avenue,<br>Unit J #1021<br>Portland, ME 04103 |
|  | Discover Financial Services LLC | c/o Daggett & Parker<br>148 Middle Street #1<br>Portland, ME 04101 |
|  | Great Seneca Financial Corp. | c/o John C. Walker, P.A.<br>91 Auburn Avenue,<br>Unit J #1021<br>Portland, ME 04103 |

a. The docket number of this case is No. 2:21-cv-00190-NT.

b. All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c. A description of the real estate involved, 18 History Lane, Hollis, ME 04093, is set forth in Exhibit A to the Judgment herein.

4

    d.    The street address of the real estate involved is 18 History Lane, Hollis, ME 04093.  The Mortgage was executed by Sonya J. Manchester on November 24, 1999.  The book and page number of the Mortgage in the York County Registry of Deeds is Book 9797, Page 146.

    e.    This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an *in rem* judgment against the property, 18 History Lane, Hollis, ME 04093.

SO ORDERED.

/s/ Nancy Torresen  
United States District Judge

Dated this 31st day of May, 2022.

## Exhibit A - Mortgage

A certain lot or parcel of land, together with the buildings and improvements thereon, situated in the Town of Hollis, County of York and State of Maine, and being Lot No. 3 on Plan of School House Acres, made for Harmony Homes Corporation, dated September 26, 1973 and recorded in the York County Registry of Deeds in Plan Book 65, page 40.

Meaning and intending to describe and mortgage the same premises conveyed to the within mortgagor(s) by deed recorded in the York County Registry of Deeds in Book 8373 at Page 322.



EXHIBIT A